NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA  90017
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) CHAPTER 13 |
| | ) |
| NASH, RYAN C | ) CASE NO. 2:17-bk-24752-VZ |
| | ) |
| | ) **NOTICE OF RESCHEDULED** |
| | ) **§341(a) MEETING OF CREDITORS** |
| | ) |
| | ) **New Date:** January 29, 2018 |
| | ) **Time:**     10:00 AM |
| | ) **Place:**    915 Wilshire Blvd. |
| Debtor | ) 10th Floor, Room 1 |
| | ) Los Angeles, CA  90017 |

　　PLEASE TAKE NOTICE that the §341(a) meeting of creditors date in this case has been **rescheduled to January 29, 2018 at 10:00 AM.  The location shall remain the same:  915 Wilshire Blvd., 10th Floor, Room 1, Los Angeles, CA  90017**.

DATED: December 7, 2017　　　　　　　　　　　　　　　　　　　　　　　　/s/Nancy Curry

NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

In Re:   NASH, RYAN C
       Case No. LA 2:17-bk-24752-VZ

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

  NANCY CURRY, CHAPTER 13 TRUSTEE
  1000 WILSHIRE BLVD., SUITE 870
  LOS ANGELES, CA  90017

The foregoing document described **as NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS** will be served  or was served **(a)** on the judge in chambers in the form and manner required by  LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 7, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On December 7, 2017, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
NASH, RYAN C
3115 CONQUISTA AVE
LONG BEACH, CA 90808

Attorney for Debtor
RICHARD G. HESTON
HESTON & HESTON
19700 FAIRCHILD RD., SUITE 280
IRVINE, CA 92612-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on December 7, 2017 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2017 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:17-bk-24752-VZ<br>Central District of California<br>Los Angeles<br>Thu Dec  7 12:24:36 PST 2017 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 |
| Audi Financial Services<br>PO Box 5215<br>Carol Stream, IL 60197-5215 | Barclay Card Services<br>PO Box 60517<br>City of Industry, CA 91716-0517 | Cedars-Sinai Medical Center<br>8700 Beverly Boulevard<br>Los Angeles, CA 90048-1865 |
| Clark County District Attorney<br>Bad Check Unit<br>200 Lewis Avenue<br>Lower Level #246<br>Las Vegas, NV 89101-6300 | Clark County District Attorney<br>Regional Justice Center<br>200 Lewis Avenue<br>Lower Level #246<br>Las Vegas, NV 89101-6300 | Cosmopolitan of Las Vegas<br>3708 Las Vegas Boulevard South<br>Las Vegas, NV 89109-4309 |
| Freedom Financial Management LLC<br>1875 S. Grant St. #450<br>San Mateo, CA 94402-2673 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Loan Me<br>PO Box 5645<br>Orange, CA 92863-5645 | LoanMe, Inc<br>1900 S. State College Boulevard<br>Suite 300<br>Anaheim, CA 92806-6152 | Renee Melissa Nash<br>3115 Conquisita Aven<br>Long Beach, CA 90808-4031 |
| Sequoia Financial Services<br>28632 Roadside Drive<br>Suite 110<br>Agoura Hills, CA 91301-6074 | TCF National Bank<br>Retail Loan Operations PCC-2E-P<br>1405 Xenium Lane N<br>Minneapolis, MN 55441-4402 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Wintrust Mortgage<br>9700 West Higgins Road<br>Suite 725<br>Rosemont, IL 60018-4796 | Wintrust Mortgage Bank<br>PO Box 7608<br>Carol Stream, IL 60197-7608 | Nancy K Curry (TR)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017-2466 |
| Richard G Heston<br>19700 Fairchild Rd Ste 280<br>Irvine, CA 92612-2521 | Ryan C. Nash<br>3115 Conquista Avenue<br>Long Beach, CA 90808-4031 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Audi Financial Services
PO Box 3
Hillsboro, OR 97123

Honda Financial Services
PO Box 105027
Atlanta, GA 30348

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Franchise Tax Board
Bankruptcy Section
MS A-340
PO Box 2952
Sacramento, CA 95812-2952

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26